## MYRON H. ELLIS AND AMOS MARTIN v. ADDISON FLETCHER.

*Declarations must be filed before they are served.*

Service of a declaration before filing it, is void and cannot be amended.

Suits by declaration are not begun until the declaration is filed.

One cannot be defaulted for not appearing on a void service.

Costs may be withheld on a motion based upon a novel question of practice.

MOTION to remand for further return. Submitted January 28. Denied January 29.

*E. P. Allen* for the motion.

*Geo. W. Moore* against.

PER CURIAM. The declaration in this case was sent to the county clerk without an entry fee. The clerk declined to file it until the fee was paid, and notified the parties accordingly. The fee was then paid. Meanwhile the plaintiffs, supposing the declaration had been filed, had served a copy.

*Held* that until the declaration was filed, there was no suit in existence, and as the service of the declaration was a substitute for process, service made before filing was entirely void, and the party could not be put in

40 MICH.—41.

default for not appearing. The defect was jurisdictional and the proceedings could not be aided by any amendment.

The question being a novel one, no costs were allowed on the motion.